Commonwealth ex rel. Purdue, Appellant, *v.*
Maroney.

Submitted November 9, 1964.
*Edward Purdue,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Simcox, Appellant, *v.*
Maroney.

Submitted November 9, 1964.
*Raymond Simcox,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Smith, Appellant, *v.*
Maroney.

Submitted November 9, 1964.
*Theodore F. Smith,* appellant, in propria persona; *William J. McKnight,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Smith, Appellant, *v.*
Maroney.

Submitted November 9, 1964.
*Leonard A. Smith,* appellant, in propria persona; *Wil-*

*liam A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Snoe, Appellant, *v.*
Maroney.

Submitted November 9, 1964.
*Herman L. Snoe,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Thomas, Appellant, *v.*
Maroney.

Submitted November 9,
1964. *Samuel L. Thomas,* appellant, in propria persona; *Louis Abromson,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Watts, Appellant, *v.*
Maroney.

Submitted November 9, 1964.
*Bert Watts,* appellant, in propria persona; *Louis Abromson,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.